# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

*By ECF*                                                                         September 25, 2018

Honorable John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York NY 10007-1312

      Re: *Zirvi et. al. v. Flatley et. al.*, Case No. 18-cv-07003-JGK

Dear Judge Koeltl:

      We write on behalf of all defendants[1] that have appeared in the above-captioned case to respectfully request an adjournment of the initial pretrial conference, currently scheduled for October 24, 2018. Defendants are required to answer, move, or otherwise respond to the Complaint in this action by October 31, 2018. They respectfully request an adjournment of the initial pretrial conference to mid-November 2018 or a later date, at the Court's convenience.

      Defendants contemplate filing letters, on or before the answer date, to request a pre-motion conference regarding anticipated motions to dismiss the Complaint. Rescheduling the initial pretrial conference to a time after the answer date will permit addressing pre-motion conference issues together with other pretrial matters.

      We have conferred with counsel for the plaintiffs and they consent to this requested adjournment.

      Respectfully submitted,

      *s/ Robert P. Haney, Jr.*
      Robert P. Haney, Jr.
      Covington & Burling LLP
      The New York Times Building
      620 Eighth Avenue
      New York, New York 10018-1405

---

[1] These are defendants Jay Flatley, Kevin Gunderson, David Walt, Jian-Bing Fan and Illumina, Inc., represented by the undersigned counsel; Affymetrix and Applied Biosystems (together, the "Thermo Fisher defendants"), and Stephen P.A. Fodor.

COVINGTON

(212) 841-1000
rhaney@cov.com
(212) 841-1000
rhaney@cov.com

Jeffrey Lerner
Christopher Sipes
Jay Alexander
Covington & Burling LLP
850 Tenth Street, NW
Suite 0916N
Washington, DC 20001
(202) 662-6000
jlerner@cov.com
csipes@cov.com
jalexander@cov.com

*Counsel for Defendants Flatley, Gunderson, Walt, Fan and Illumina.*

cc:   *All Counsel of Record (via ECF)*