**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MONIB ZIRVI et al.,

               Plaintiffs,

-against-

JAY T. FLATLEY et al.,

               Defendants.
------------------------------------------------------------X

18 **CIVIL** 7003 (JGK)

## JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Opinion dated January 14, 2020, the plaintiffs' Complaint is dismissed in its entirety. Because the plaintiffs have amended the Complaint twice before, and because further amendments would be futile, the complaint is dismissed with prejudice. The Court has considered all of the arguments raised by the parties. To the extent not addressed specifically in the order, the arguments are either moot or without merit; accordingly, the case is closed.

**Dated:** New York, New York
          January 15, 2020

                                        **RUBY J. KRAJICK**
                                           Clerk of Court

                    **BY:**
                                           **Deputy Clerk**